## United States District Court
## WESTERN DISTRICT OF NEW YORK

ROBERT RICKNER

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 24-cv-479

     v.

COMMISSIONER OF SOCIAL SECURITY

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the final decision of the Commissioner is Reversed, and the action is Remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Date: September 20, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Donna
    Deputy Clerk